IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

GEORGE L. MOSBY,

    Petitioner,

 v.

                         Case No.  5D22-2300
                         LT Case No. 2008-CF-000699-B-O

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed November 14, 2022

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

George L. Mosby, Blountstown, pro se.

No Appearance for Respondent.

PER CURIAM.

    Because it appears that Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further pro se filings in this Court asserting claims stemming from Orange County Circuit Court Case No. 2008-CF-000699-B-O may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary

proceedings, which may include forfeiture of gain time. <u>See</u> § 944.279(1), Fla. Stat. (2019); <u>State v. Spencer</u>, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

COHEN, TRAVER and WOZNIAK, JJ., concur.